# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UTOPIA PROVIDER SYSTEMS, INC.
a/k/a UTOPIA PROVIDERS SYSTEMS,
INC.,

    Plaintiff,

-vs-                                  Case No. 6:08-mc-79-Orl-28GJK

PRO-MED CLINICAL SYSTEMS, L.L.C.,
and THOMAS L. GROSSJUNG,

    Defendants.
_____

## ORDER

This case is before the Court on Litchford & Christopher's Motion for Attorneys' Fees (Doc. No. 10) filed October 2, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 21, 2009 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Litchford & Christopher's Motion for Attorney's Fees (Doc. NO. 10) is **GRANTED in part** and **DENIED in part.**

3. Defendants, or their counsel, Hunton & Williams, LLP, are directed to pay Litchford & Christopher $4,292.50 in attorneys' fees and $39.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11 day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party